# EXHIBIT D

# CLAIRE OLIVER GALLERY

### NEW YORK

| | | |
|---|---|---|
| CLIENT: | Boris Kodjoe | INVOICE #: 59491576<br>DATE OF SALE: 9/22/2020 |
| TELEPHONE:<br>EMAIL: | ███████████ | |
| BILLING ADDRESS: | ███████████ | |
| SHIPPING ADDRESS: | ███████████ | |

WORK PURCHASED:

| | |
|---|---|
| ARTIST: | Bisa Butler |
| TITLE: | Daughter of the Dust |
| YEAR: | 2020 |
| MEDIA: | Inkjet Pigment Print with Hand Deckeled Edge |
| DIMENSIONS: | 48 x 30 x inches or<br>121 x 76 x cm |
| EDITION #: | 42/50 |



NOTES:

framing and shipping by others on separate invoices

| | | |
|---|---|---|
| SALES PRICE: | $4,500.00 | INTERNATIONAL WIRE INSTRUCTIONS: |
| SHIPPING CHARGES: | | ███████████ |
| SALES TAX: | $0.00 | |
| TRANSACTION TOTAL: | $4,500.00 | |
| AMOUNT APPLIED: | | DOMESTIC WIRE INSTRUCTIONS: |
| BALANCE DUE: | $4,500.00 | ███████████ |

**For clients that are not charged NY State Sales Tax:** When purchased artworks are shipped out of NY state to a state that does charge a sales tax, you are required to report this purchase to your state tax agency and pay the sales tax directly to the agency.

2288 Adam Clayton Powell Jr. Boulevard | New York, NY 10030 | T: 212.929.5949
www.ClaireOliver.com

# Re: Bisa Butler

Case 1:22-cv-01211-JMF   Document 1-4   Filed 02/11/22   Page 3 of 6

Hi Claire

I'm confused. Based on your email from October 30th (see below) the piece was at the framers and ready to be shipped around the 16th. I already told you I wanted it framed and I was merely waiting for you to send me an invoice for shipping. Can you please let me know what's really going on and when to expect the piece? Thank you.

Boris

Hey Boris –

The framer says she will have everyone's works finished by the end of the week of the 16th.  I am waiting to hear back from the consolidated shippers as to when they plan to pick up.  They are charting the route and so hopefully in the next week they will be organized with times and prices.  I will come back to you ASAP

Have a great weekend –

CO

**Claire Oliver**
**President, Claire Oliver Gallery**
**2288 Adam Clayton Powell Jr. Blvd.**
**New York NY 10030**
**www.ClaireOliver.com**
**212.929.5949**

Sent from my iPhone

On Nov 10, 2020, at 2:02 PM, Claire Oliver <claire@claireoliver.com> wrote:

Celebrating our 29th year

*Ars Longa, Vita Brevis*

---

**From:** Boris Kodjoe <boris█████████████>
**Date:** Saturday, December 5, 2020 at 2:51 PM
**To:** Claire Oliver <claire@claireoliver.com>
**Cc:** Bisa Butler <bisabutlerart@gmail.com>
**Subject:** Re: Bisa

Hi Claire

I hope you're safe and well. I'm growing a bit concerning with the lack of information or updates about the shipment. Could you reach out to your contacts and find out what's happened? I never heard from them after their initial call verifying address.

Thank you

Boris

Sent from my iPhone

Hi Claire

Happy holidays.

I'm sorry to bother you on Christmas Day, but I'm a bit upset, because after all the delays and waiting to finally present my wife with Bisa's amazing 'Daughter Of The Dust' in Christmas, you sent the wrong piece. (See below both my order confirmation and the piece I received) I'm not sure what's going on over there, but this has been one of the most puzzling experiences for me. Please let me know when you can send the piece I ordered. Thank you and all the best to you and yours.

Boris



5:06

**BK**

Boris ›

make sure. Were you able to
connect with Claire?

Thu, Jan 7, 6:42 PM

She sent an email yesterday
saying she'd send the piece
once it's picked up from the
framers. Weird, because she
told me back in November that
it had been framed already.
Maybe back then she had
framed the wrong one. No idea.
Doesn't matter. I truly hope that
she usually does right by you,
because you deserve a gallery
that reflects the amazing
caliber and quality of work you
do. Honestly, she was less than
impressive. But I can't wait for
your piece. Thank you. 😊

Thu, Jan 7, 8:58 PM

I'm just glad you all are getting
this sorted out and thank you
for your patience. When you
get a chance would you mind
sending Claire a note to let her

iMessage