# EXHIBIT E

expansion of our Gallery Building and Exhibition Spaces. Stay tuned for exciting reveals.



**Worldwide Group Travel & Events**
3 reviews

★☆☆☆☆   5 months ago

I was greeted by a rude woman who said she owned the gallery. I inquired about bringing my daughter & some friends for a viewing for her 13th birthday. I was told NO even if 2 or 3 kids come in at a time and the rest wait outside. I felt discriminated and mistreated by this woman. She does not belong in Harlem. Do not support this gallery they are not interested in the community and its children. Exposure is everything!!! Why have this in Harlem and our children are not welcomed. I did not expect to be treated this way in Harlem.

👍 1      



**Tom Robison**
2 reviews

   



# HARLEM HAPPENINGS
 Public group · 12.9K members

**Your membership is pending**
You'll be notified if your request to join is approved.

About   More   Cancel Request

 **Lisa Parham Jones**
Yesterday at 12:44 PM ·

There are so many things in Harlem that are not for the people of Harlem. I moved to Harlem to avoid being treated the way I was just treated!!!I just stopped by this art gallery to inquire about setting up a gallery visit for my daughter and some friends for her 13th birthday. I cannot believe how rudely I was just treated by the owner. I said, "this would be a great experience for some kids from Harlem." She first told me this is a Art Gallery as if I did not know that. Why are there things in Harlem but not for US!! I told her this would be the kids first experience at an art gallery, it is called exposure and this is the perfect age. If anyone can recommend a different Art Galley please let me know.



     

# CLAIRE OLIVER

Claire Oliver Gallery
2288 Adam Clayton Powell Jr. Blvd.
New York NY 10030
www.ClaireOliver.com
(212) 929-5949
Claire@ClaireOliver.com

follow us  ClaireOliverGallery

 75    172 Comments  32 Shares

👍 Like    ➤ Share

 **Carolyn Eufrasio-Traore**
She just opened, not a good move, Claire. The neighborhood will not be embracing you...

Like · Share · 1d     17

 **Lisa Parham Jones**
**Carolyn Eufrasio-Traore** then she got offended when I got offended by her reaction. I was so shocked to be treated like that in Harlem. I moved from Suffolk Long Island where that is the norm. I was thrown off guard because I did not expect to be treated that way in Harlem. Was it my adidas jogging suit? I was getting exercise while my daughter is in school.

Like · Share · 1d     5



**Carolyn Eufrasio-Traore**
**Lisa Parham Jones** I am really sorry that you experienced this. Art galleries are for everyone, especially kids of that age... but to be dismissed, nope. Unacceptable. I live nearby and trust that this kind of attitude will not be tolerated.

Like · Share · 1d    👍 3

↳ View 17 more replies

**Wakanda Bruno**
13 is old enough to visit an art gallery.
Like · Share · 1d    👍 4

**Dustin Johnson**
But not to have a birthday party there😂🤦🏿‍♂️ watch the video Don posted.
Like · Share · 14h

**Jacques J. Brown**
SMH!    👍😠 2
Like · Share · 1d

**Carolyn Eufrasio-Traore**
**Jacques J. Brown** she is right next to IHOP and The Venue, Ouaga bar
Like · Share · 1d

**Jacques J. Brown**
**Carolyn Eufrasio-Traore** wow!
Like · Share · 1d    👍 1

↳ View 1 more reply

**Debora Clark Fairfax**
"Karen" owns an art gallery in Harlem
Like · Share · 1d    👍😂😠 11

**Diane True Story**
**Debora Clark Fairfax** not for long😠😂😂
Like · Share · 1d    👍❤️ 4

**Debora Clark Fairfax**
**Diane True Story** She owns a building across the street from me in Harlem and attempted to extend height and width, landmarks said "NO"!
Like · Share · 1d · Edited    👍😮😠 6

**Donald Curtis**
**Debora Clark Fairfax** Boots On The Ground. She Has To Go😠😠😠

Thu, Apr 15, 5:07 PM

> Hey Claire,
> I feel so bad about the way we got off the phone. Please know that our relationship is important to me and I never want you to be hurting. You've been there for me in good times and bad and like you always say " we will deal it".
>
> I want to have your statement out there as a proactive and protective measure for yourself and for all of us in the gallery.

Fri, Apr 16, 9:32 AM

> Hi Claire ,
> I reached out to Erica Hubbard for some advice and she has a good friend in Harlem who works for Biden's PR, and is an expert in crafting statements. Erica hates that this mess has happened too and offered to connect you to her friend if you are interested.

Tue, Apr 20, 6:27 PM

Hi Bisa - I have been so deeply hurt by our conversation that I needed some space. My feelings are still very raw but I would like to talk it out with you in the next couple of days.

Tue, Apr 20, 8:53 PM

> That's totally understandable Claire. We probably both needed the air to clear and I'll talk to you soon.