# EXHIBIT F



        

**613 views**

**claireolivergallery** ✨2021✨brought ALL the things, but our artists transforming institutions from the inside out tops our list. Check out some of the biggest... more

View all 11 comments

January 4

    

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director



**Registration Number**

## VAu 1-451-682

**Effective Date of Registration:**
November 22, 2021
**Registration Decision Date:**
December 20, 2021

---

## Title

**Title of Work:** Forever

## Completion/Publication

**Year of Completion:** 2020

## Author

- **Author:** Mailissa Yamba-Butler
  **Pseudonym:** Bisa Butler
  **Author Created:** appliqued quilt
  **Citizen of:** United States
  **Year Born:** 1973

## Copyright Claimant

**Copyright Claimant:** Mailissa Yamba-Butler
24 BIRCH STREET, West Orange, New Jersey, 07052, United States

## Rights and Permissions

**Organization Name:** Bisa Butler Art
**Name:** Johnny j Butler
**Email:** jjbutler12@yahoo.com
**Telephone:** (973)641-4235
**Address:** 24 BIRCH STREET
West Orange, New Jersey 07052

## Certification

**Name:** Mailissa Yamba-Butler

Page 1 of 2

5:48



CLAIREOLIVERGALLERY
**Posts**
Follow


**claireolivergallery**
Claire Oliver Gallery
...



   

**1,441 likes**

**claireolivergallery** We can't help that our artists are
✨i n c r e d i b l e✨

    

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director



**Registration Number**

## VAu 1-447-020

**Effective Date of Registration:**
October 03, 2021
**Registration Decision Date:**
October 29, 2021

---

## Title
 

       **Title of Work:**  Broom Jumpers

## Completion/Publication

     **Year of Completion:**  2019

## Author

-          **Author:**  Mailissa Yamba-Butler
      **Pseudonym:**  Bisa Butler
    **Author Created:**  appliqued quilt
       **Citizen of:**  United States

## Copyright Claimant

  **Copyright Claimant:**  Mailissa Yamba-Butler
                   24 BIRCH STREET, West Orange, New Jersey, 07052, United States

---

## Rights and Permissions

  **Organization Name:**  Bisa Butler Art
          **Name:**  Johnny j Butler
          **Email:**  jjbutler12@yahoo.com
    **Telephone:**  (973)641-4235
      **Address:**  24 BIRCH STREET
                West Orange, New Jersey 07052

## Certification

         **Name:**  Mailissa Yamba-Butler
          **Date:**  October 03, 2021

Page 1 of 2



Claire Oliver Gallery (/)

(/)

# BISA BUTLER

Overview      Works      Exhibitions      Biography      Videos      Press



The Warmth Of Other Sons (detail)



The Warmth Of Other Sons



The Warmth Of Other Sons (detail)



The Warmth Of Other Sons (detail)



The Warmth Of Other Sons (detail)



Africa The Land Of Hope and Promise For Negro People's of the World (detail)



## Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

# VAu 1-446-957

**Effective Date of Registration:**
October 03, 2021
**Registration Decision Date:**
October 28, 2021

---

### Title
| | |
|---|---|
| **Title of Work:** | Africa The Land Of Hope |

### Completion/Publication
| | |
|---|---|
| **Year of Completion:** | 2020 |

### Author
| | |
|---|---|
| **Author:** | Mailissa Yamba-Butler |
| **Pseudonym:** | Bisa Butler |
| **Author Created:** | appliqued quilt |
| **Citizen of:** | United States |

### Copyright Claimant

Copyright claimant  Mailissa Yamba-Butler
24 Birch Street, West Orange, New Jersey, 07052

---

### Rights and Permissions
| | |
|---|---|
| **Organization Name:** | Bisa Butler Art |
| **Name:** | Johnny j Butler |
| **Email:** | jjbutler12@yahoo.com |
| **Telephone:** | (973)641-4235 |
| **Address:** | 24 BIRCH STREET |
| | West Orange, New Jersey 07052 |

### Certification
| | |
|---|---|
| **Name:** | Mailissa Yamba-Butler |
| **Date:** | October 03, 2021 |



Africa The Land Of Hope and Promise For Negro People's of the World



Asantewa



Asantewa (deatil)



The Storm, The Whirlwind, and the Earthquake (detail)



The Storm, The Whirlwind, and the Earthquake





Daughter Of The Dust



Daughter Of The Dust (detail)





I Am Not Your Negro (detail)



I Am Not Your Negro



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director



**Registration Number**

## VAu 1-446-786

**Effective Date of Registration:**
October 03, 2021

**Registration Decision Date:**
October 26, 2021

---

## Title

| | |
|---|---|
| **Title of Work:** | I Am Not Your Negro |

## Completion/Publication

| | |
|---|---|
| **Year of Completion:** | 2019 |

## Author

| | |
|---|---|
| **Author:** | Mailissa Yamba-Butler |
| **Pseudonym:** | Bisa Butler |
| **Author Created:** | appliqued quilt |
| **Citizen of:** | United States |

## Copyright Claimant

| | |
|---|---|
| **Copyright Claimant:** | Mailissa Yamba-Butler |
| | 24 BIRCH STREET, West Orange, New Jersey, 07052 |

## Rights and Permissions

| | |
|---|---|
| **Organization Name:** | Bisa Butler Art |
| **Name:** | Johnny j Butler |
| **Email:** | jjbutler12@yahoo.com |
| **Telephone:** | (973)641-4235 |
| **Address:** | 24 BIRCH STREET |
| | West Orange Township, NJ 07052 United States |

## Certification

| | |
|---|---|
| **Name:** | Mailissa Yamba-Butler |
| **Date:** | October 03, 2021 |



Zouave



Zouave (detail)



Wangari Maathai (for TIME Magazine)

# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.



United States Register of Copyrights and Director



Registration Number

V3u 1-450-013

Effective Date of Registration:
October 04, 2021
Registration Decision Date:
December 06, 2021

## Title
       **Title of Work:** Zouave

## Completion/Publication
       **Year of Completion:** 2019

## Author
       **Author:** Mailissa Yamba-Butler
       **Pseudonym:** Bisa Butler
       **Author Created:** appliqued quilt
       **Citizen of:** United States

## Copyright Claimant
       **Copyright Claimant:** Mailissa Yamba-Butler
       24 BIRCH STREET, West Orange, New Jersey, 07052, United States

## Rights and Permissions
       **Organization Name:** Bisa Butler Art
       **Name:** Johnny j Butler
       **Email:** jjbutler12@yahoo.com
       **Telephone:** (973)641-4235
       **Address:** 24 BIRCH STREET
       West Orange, NJ 07052

## Certification
       **Name:** Mailissa Yamba-Butler
       **Date:** October 04, 2021

Page 1 of 2





The Equestrian



Broom Jumpers



## Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

# VAu 1-450-010

**Effective Date of Registration:**
October 04, 2021
**Registration Decision Date:**
December 01, 2021

---

**Title**

Title of Work: The Equestrian

**Completion/Publication**

Year of Completion: 2019

**Author**

- **Author:** Mailissa Yamba-Butler
  **Pseudonym:** Bisa Butler
  **Author Created:** appliqued quilt
  **Citizen of:** United States

**Copyright Claimant**

Copyright Claimant: Mailissa Yamba-Butler
24 BIRCH STREET, West Orange, New Jersey, 07052, United States

**Rights and Permissions**

Organization Name: Bisa Butler Art
Name: Johnny j butler
Email: jjbutler12@yahoo.com
Telephone: (973)641-4235
Address: 24 BIRCH STREET
24 BIRCH STREET
West Orange, New Jersey 07052

**Certification**

Name: Mailissa Yamba-Butler

Page 1 of 2



To God and Truth



To God And Truth - detail (in progress)



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

## VAu 1-447-019

**Effective Date of Registration:**
October 03, 2021
**Registration Decision Date:**
October 29, 2021

---

## Title

           **Title of Work:** To God and Truth

## Completion/Publication

    **Year of Completion:** 2019

## Author

-          **Author:** Mailissa Yamba-Butler
       **Pseudonym:** Bisa Butler
   **Author Created:** appliqued quilt
        **Citizen of:** United States

## Copyright Claimant

  **Copyright Claimant:** Mailissa Yamba-Butler
                24 BIRCH STREET, West Orange, New Jersey, 07052, United States

## Rights and Permissions

  **Organization Name:** Bisa Butler Art
            **Name:** Johnny j Butler
             **Email:** jjbutler12@yahoo.com
     **Telephone:** (973)641-4235
       **Address:** 24 BIRCH STREET
                24 BIRCH STREET
                West Orange, New Jersey 07052 United States

## Certification

          **Name:** Mailissa Yamba-Butler



Kindred



Dear Mama



# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

# VAu 1-450-014

**Effective Date of Registration:**
October 04, 2021
**Registration Decision Date:**
December 01, 2021

---

## Title

        Title of Work:   Dear Mama

## Completion/Publication

  Year of Completion:   2019

## Author

                    •  Author:   Mailissa Yamba-Butler
              Pseudonym:   Bisa Butler
         Author Created:   appliqued quilt
              Citizen of:   United States

## Copyright Claimant

    Copyright Claimant:   Mailissa Yamba-Butler
                          24 BIRCH STREET, West Orange, New Jersey, 07052, United States

## Rights and Permissions

    Organization Name:   Bisa Butler Art
                  Name:   Johnny j Butler
                 Email:   jjbutler12@yahoo.com
             Telephone:   (973)641-4235
               Address:   24 BIRCH STREET
                          West Orange, New Jersey 07052

## Certification

                  Name:   Mailissa Yamba-Butler
                  Date:   October 04, 2021




Dear Mama (detail)



The Mighty Gents



The Mighty Gents (detail)



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

**VAu 1-450-009**

**Effective Date of Registration:**
October 04, 2021
**Registration Decision Date:**
December 01, 2021

---

## Title
_____

        **Title of Work:** Kindred

## Completion/Publication
_____

      **Year of Completion:** 2019

## Author
_____

-        **Author:** Mailissa Yamba-Butler
      **Pseudonym:** Bisa Butler
    **Author Created:** appliqued quilt
      **Citizen of:** United States

## Copyright Claimant
_____

   **Copyright Claimant:** Mailissa Yamba-Butler
     24 BIRCH STREET, West Orange, New Jersey, 07052, United States

## Rights and Permissions
_____

  **Organization Name:** Bisa Butler Art
         **Name:** Johnny j Butler
         **Email:** jjbutler12@yahoo.com
   **Telephone:** (973)641-4235
    **Address:** 24 BIRCH STREET
        West Orange, New Jersey 07052

## Certification
_____

       **Name:** Mailissa Yamba-Butler
        **Date:** October 04, 2021

Page 1 of 2

# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director



**Registration Number**

## VAu 1-446-799

**Effective Date of Registration:**
October 03, 2021
**Registration Decision Date:**
October 26, 2021

---

## Title

| | |
|---|---|
| **Title of Work:** | The Mighty Gents |

## Completion/Publication

| | |
|---|---|
| **Year of Completion:** | 2018 |

## Author

| | |
|---|---|
| **Author:** | Mailissa Yamba-Butler |
| **Pseudonym:** | Bisa Butler |
| **Author Created:** | appliqued quilt |
| **Citizen of:** | United States |

## Copyright Claimant

| | |
|---|---|
| **Copyright Claimant:** | Mailissa Yamba-Butler |
| | 24 BIRCH STREET, West Orange, New Jersey, 07052 |

## Rights and Permissions

| | |
|---|---|
| **Organization Name:** | Bisa Butler Art |
| **Name:** | Johnny j Butler |
| **Email:** | jjbutler12@yahoo.com |
| **Telephone:** | (973)641-4235 |
| **Alt. Telephone:** | (973)641-4235 |
| **Address:** | 24 BIRCH STREET |
| | West Orange, New Jersey 07052 |

## Certification

| | |
|---|---|
| **Name:** | Mailissa Yamba-Butler |



Collector House Interview



Three Kings



## Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.



United States Register of Copyrights and Director

**Registration Number**

## VAu 1-450-011

**Effective Date of Registration:**
October 04, 2021
**Registration Decision Date:**
December 01, 2021

---

**Title**

Title of Work:   Three Kings

**Completion/Publication**

Year of Completion:   2018

**Author**

- Author:   Mailissa Yamba-Butler
  Pseudonym:   Bisa Butler
  Author Created:   appliqued quilt
  Citizen of:   United States

**Copyright Claimant**

Copyright Claimant:   Mailissa Yamba-Butler
24 BIRCH STREET, West Orange, New Jersey, 07052

---

**Rights and Permissions**

Organization Name:   Bisa Butler Art
Name:   Johnny j Butler
Email:   jjbutler12@yahoo.com
Telephone:   (973)641-4235
Address:   24 BIRCH STREET
West Orange, New Jersey 07052

**Certification**

Name:   Mailissa Yamba-Butler
Date:   October 04, 2021

Page 1 of 2



Three Kings (detail)



the artist discusses her work



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code,* attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

## VAu 1-446-791

**Effective Date of Registration:**
October 03, 2021
**Registration Decision Date:**
October 26, 2021

---

## Title
_____

Title of Work: The Princess

## Completion/Publication
_____

Year of Completion: 2018

## Author
_____

- Author: Mailissa Yamba-Butler
  Pseudonym: Bisa Butler
  Author Created: appliqued quilt
  Citizen of: United States

## Copyright Claimant
_____

Copyright Claimant: Mailissa Yamba-Butler
24 BIRCH STREET, West Orange, New Jersey, 07052

---

## Rights and Permissions
_____

Organization Name: Bisa Butler Art
Name: Johnny j Butler
Email: jjbutler12@yahoo.com
Telephone: (973)641-4235
Address: 24 BIRCH STREET
West Orange, New Jersey 07052

## Certification
_____

Name: Mailissa Yamba-Butler
Date: October 03, 2021

The Princess



Les Sapeurs



Les Sapeurs (detail)

 

(http://instagram.com/claireolivergallery)

# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

## VAu 1-446-785

**Effective Date of Registration:**
October 03, 2021
**Registration Decision Date:**
October 26, 2021

---

## Title
─────────────────────────────────

**Title of Work:**   Les Sapeurs

## Completion/Publication
─────────────────────────────────

**Year of Completion:**   2018

## Author
─────────────────────────────────

- **Author:**   Mailissa Veronica Yamba-Butler
  **Pseudonym:**   Bisa Butler
  **Author Created:**   appliqued quilt
  **Citizen of:**   United States
  **Domiciled in:**   United States
  **Year Born:**   1973

## Copyright Claimant
─────────────────────────────────

**Copyright Claimant:**   Johnny Butler
24 Birch street, West Orange, NJ, 07052, United States

## Rights and Permissions
─────────────────────────────────

**Organization Name:**   Bisa Butler Art
**Name:**   Johnny Butler
**Email:**   jjbutler12@yahoo.com
**Telephone:**   (973)641-4235
**Alt. Telephone:**   (973)641-4235
**Address:**   24 BIRCH STREET
West Orange, New Jersey 07052

## Certification
─────────────────────────────────

Page 1 of 2

2288 Adam Clayton Powell Jr. Boulevard ()

New York, NY 10030

T: (212) 929-5949 (tel:+12129295949)

hello@claireoliver.com

© 2022 Copyright Claire Oliver Gallery All Rights Reserved



Africa The Land Of Hope and Promise For Negro People's of the World



Asantewa



Asantewa (deatil)



The Storm, The Whirlwind, and the Earthquake (detail)



The Storm, The Whirlwind, and the Earthquake





Daughter Of The Dust



The Library has opened access to the reading rooms by appointment only. **More**. The Jefferson Building has reopened to visitors via timed, ticketed entry. **More**.

| Help | Search | History | Titles | Start Over |
|------|--------|---------|--------|------------|

# Public Catalog

Copyright Catalog (1978 to present)
Search Request: Left Anchored Title = daughter of the dust
Search Results: Displaying 1 of 1 entries



Labeled View

*Daughter Of The Dust.*

|  |  |
|---|---|
| **Type of Work:** | Visual Material |
| **Registration Number / Date:** | VAu001447023 / 2021-10-03 |
| **Application Title:** | Daughter Of The Dust. |
| **Title:** | Daughter Of The Dust. |
| **Description:** | Electronic file (eService) |
| **Copyright Claimant:** | Mailissa Yamba-Butler. Address: 24 BIRCH STREET, West Orange, New Jersey, 07052, United States. |
| **Date of Creation:** | 2020 |
| **Authorship on Application:** | Bisa Butler, pseud. of Mailissa Yamba-Butler; Citizenship: United States. Authorship: appliqued quilt. |
| **Rights and Permissions:** | Johnny j Butler, Bisa Butler Art, 24 BIRCH STREET, West Orange, New Jersey, 07052, United States, (973) 641-4235, jjbutler12@yahoo.com |
| **Copyright Note:** | Basis for Registration: Pictorial and Graphic features identified separately from and capable of existing independently of the utilitarian aspects of a useful article. |
| **Names:** | Yamba-Butler, Mailissa |
|  | Bisa Butler, pseud. |



| Save, Print and Email (**Help Page**) |
|---|
| Select Download Format   Full Record |
| Enter your email address: |

Help   Search   History   Titles   Start Over

Contact Us  |  Request Copies  |  Get a Search Estimate  |  Frequently Asked Questions (FAQs) about Copyright  |
Copyright Office Home Page  |  Library of Congress Home Page

## Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

## VAu 1-447-023

**Effective Date of Registration:**
October 03, 2021
**Registration Decision Date:**
October 29, 2021

---

## Title

**Title of Work:** Daughter Of The Dust

## Completion/Publication

**Year of Completion:** 2020

## Author

- **Author:** Mailissa Yamba-Butler
  **Pseudonym:** Bisa Butler
  **Author Created:** appliqued quilt
  **Citizen of:** United States

## Copyright Claimant

**Copyright Claimant:** Mailissa Yamba-Butler
24 BIRCH STREET, West Orange, New Jersey, 07052, United States

## Rights and Permissions

**Organization Name:** Bisa Butler Art
**Name:** Johnny j Butler
**Email:** jjbutler12@yahoo.com
**Telephone:** (973)641-4235
**Address:** 24 BIRCH STREET
West Orange, New Jersey 07052 United States

## Certification

**Name:** Mailissa Yamba-Butler
**Date:** October 03, 2021